April 15, 2011

Ms. Georganna L. Simpson
Simpson * Martin, LLP
1349 Empire Central Drive
Woodview Tower, Suite 600
Dallas, TX 75247-4042
Mr. Frank B. Suhr
Law Office of Frank B. Suhr
473 S. Seguin Ave., Suite 100
New Braunfels, TX 78130

RE: Case Number: 09-0753
 Court of Appeals Number: 03-08-00382-CV
 Trial Court Number: 06-1108

Style: JAMES DERWOOD ILIFF
 v.
 JERILYN TRIJE ILIFF

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Cecelia Adair|
| | |
| |Mr. David S. |
| |Morales |